864

*Herbert H. Sizemore* for appellants. *John Anderson, Jr.,* Attorney General of Kansas, *Paul E. Wilson,* Assistant Attorney General, and *Warden L. Noe,* Special Assistant Attorney General, for Smrha, and *Robt. B. Morton* and *Paul J. Donaldson* for the City of Wichita, appellees.

No. 35. NATIONAL LABOR RELATIONS BOARD *v.* TEXTILE WORKERS UNION OF AMERICA, CIO, ET AL. The order entered April 2, 1956, 350 U. S. 1004, granting petition for writ of certiorari is vacated and the petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit is denied. *Solicitor General Rankin, Theophil C. Kammholz* and *Dominick L. Manoli* for petitioner. *Arthur J. Goldberg, David E. Feller* and *Benjamin Wyle* for the Textile Workers Union of America et al., respondents.

No. 265. UNITED STATES *v.* AMERICAN FREIGHTWAYS Co. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. *Simon E. Soboloff,* then Solicitor General, *Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. *Martin Werner* for appellee.

No. 304. UNITED STATES *v.* CALAMARO. C. A. 3d Cir. Certiorari granted. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Olney, Robert S. Erdahl* and *J. F. Bishop* for the United States. *Thomas D. McBride* for respondent.